# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNIVERSAL ARBOR LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00147-JRG |
| | § | |
| NORTHERN TOOL & EQUIPMENT COMPANY, INC., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Universal Arbor LLC's ("UA") Notice of Dismissal. (Dkt. No. 12). In the same, UA dismisses its claims against Defendant Northern Tool & Equipment Company, Inc. ("Northern") with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having considered the same, the Court is of the opinion that is should be and hereby is **APPROVED**.

The Court therefore **RECOGNIZES** that UA's claims against Northern are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Aug 4, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE